# IN THE SUPREME COURT OF THE STATE OF NEVADA

EVAN S. WISHENGRAD; AND BETH
WISHENGRAD, HUSBAND AND WIFE,
                    Appellants,
          vs.
JP MORGAN CHASE BANK
NATIONAL ASSOCIATION,
                    Respondent.

No. 73210

**FILED**

SEP 2 5 2018

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY _____
        DEPUTY CLERK

## ORDER DISMISSING APPEAL

Pursuant to the stipulation of the parties, and cause appearing, this appeal is dismissed. The parties shall bear their own costs and attorney fees. NRAP 42(b).

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: _____

cc:    Hon. Kathleen E. Delaney, District Judge
       Janet Trost, Settlement Judge
       Prestige Law Group
       Smith Larsen & Wixom
       Eighth District Court Clerk

18-37508